### THE UNION BANK OF LOUISIANA *v.* MARGARET KINDRICK.

Payments made by one who owes a debt bearing interest, cannot, without the consent of the creditor, be imputed to the reduction of the capital, while any interest is due. C. C. 2160.

APPEAL from the District Court of Livingston, *Jones,* J.

MARTIN, J. The Bank is appellant from a judgment in its favor, on a note of the defendant's, and complains of an erroneous imputation of partial payments to the capital, instead of to the interest.

| | | |
|---|---:|---:|
| Her note was due on the 22d of April, 1840, for | $3371 | 00 |
| On the 1st of April, 1841, interest was due for 343 days, at seven per cent, - - - - | 224 | 80 |
| | 3595 | 80 |
| A payment was then made of - - - | 500 | 00 |
| Balance, - - - - | 3095 | 80 |
| On the 1st of October, 1841, interest was due on that last sum for 183 days, at the same rate, | 110 | 15 |
| | 3205 | 95 |
| There was on that day paid, - - - - | 285 | 87 |
| Balance, - - - - | 2920 | 08 |
| On the 1st of April, 1842, interest was due on the last sum for 182 days, at the said rate, - | 103 | 50 |
| | 3023 | 58 |
| There was on that day paid, - - - - | 418 | 00 |
| Balance, - - - - | $2605 | 58 |

The District Court gave judgment for a less sum, admitted to be due by the defendant's counsel. Both erroneously imputed the payments to the principal, instead of to the accrued interest. Civil Code, art. 2160. *Hynson et al.* v. *Maddens et al.* 1 Mart. N. S. 571.

The plaintiff claimed $3 50, for costs of protest, which were allowed ; and $125 08, for an error in favor of the defendant, in her note. This sum was disallowed, properly, we believe, on the evidence ; but we think it best to reserve the Bank's right therefor, if it can be established in another suit.

It is, therefore, ordered and decreed, that the judgment be annulled and reversed, and that the Bank recover from the defendant the sum of $2605 58, with interest, at the rate of seven per cent per annum, from the 1st of April, 1842, until paid ; and $3 50, for costs of protest ; its right being reserved on the claim of $125 08 ; the defendant and appellee paying the costs in both courts.

*Halsey* and *Denis*, for the appellants.
*Davidson*, for the defendant.

